**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 609 MAL 2020
                                :
                    Respondent  :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
            v.                  :
                                :
                                :
VICTOR LESEAN SIMMONS,          :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.